UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

Corey Denard Pitre,                                            No. 4:21-cv-00268

          Plaintiff,

          v.

TD Bank / Target Red Card,

          Defendant.

---

### DEFENDANT TD BANK USA, N.A.'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Order for Conference Deadline and Disclosure of Interested Parties, ¶ 2 (ECF Doc. 7), and Federal Rule of Civil Procedure 7.1, Defendant TD Bank USA, N.A. (misnamed as "TD Bank / Target Red Card"), states that these persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in this litigation's outcome:

**TD Bank USA, N.A.**, a national banking association, is a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, whose stock is traded on the Toronto and New York Stock Exchanges under the symbol "TD." No publicly held company directly owns more than 10 percent of the stock of TD Bank USA, N.A.

**Target Enterprise, Inc.**, is also interested in this action's outcome. Target Enterprise, Inc., is a wholly owned subsidiary of Target Corporation, which is a publicly held corporation, whose stock is traded on the New York Stock Exchange under the symbol "TGT." It is not a subsidiary of any other corporation. No publicly held corporation owns 10 percent or more of Target Corporation's stock.

March 1, 2021.

        BARNES & THORNBURG LLP

        /s/Alicia M. Barrs
        _____
        Alicia M. Barrs, Texas Bar No. 24109620
        Suite 700
        2121 North Pearl Street
        Dallas, TX 75201-2469
        Ph. 214.258.4105
        Fax 214.258.4199
        Alicia.Barrs@btlaw.com

                in association with

        Brian Melendez, Minn. License No.
           0223633 (application for admission pro
           hac vice forthcoming), Lead Attorney
        BARNES & THORNBURG LLP
        Suite 2800
        225 South Sixth Street
        Minneapolis, MN 55402-4662
        Ph. 612.367.8734
        Fax 612.333.6798
        brian.melendez@btlaw.com

        Attorneys for Defendant
           TD Bank USA, N.A. (misnamed as "TD
           Bank / Target Red Card")

## Certificate of Service

I certify that, on March 1, 2021, I served this paper on the other Party by electronic mail at the address below:

| Party | Postal Address | Email Address |
|---|---|---|
| Plaintiff Corey Denard Pitre | No. E2<br>2 Mockingbird Circle<br>Houston, TX 77074 | coreydpitre@icloud.com |

March 1, 2021.

BARNES & THORNBURG LLP

/s/Alicia M. Barrs

_____
Alicia M. Barrs, Texas Bar No. 24109620
Suite 700
2121 North Pearl Street
Dallas, TX 75201-2469
Ph. 214.258.4105
Fax 214.258.4199
Alicia.Barrs@btlaw.com